

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-14-00123-CV

Blanca **HERNANDEZ**,
Appellant

v.

**EAGLE PASS INDEPENDENT SCHOOL DISTRICT**, Self Insured and Texas Department
of Insurance Division of Workers' Compensation and Rod Bordelon, Jr. in his Capacity as
Commissioner of Workers Compensation,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 12-12-28082-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to file Notice of Appeal is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court